IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARK ONDRICK II,  )
            )
    Plaintiff,  )
            )
v.          )  CASE NO. CV415-255
            )
CHATHAM COUNTY, GEORGIA,  )
            )
    Defendant.  )
            )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 7). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of April 2016.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] To the extent Plaintiff's objections can be construed as a Motion to Amend Complaint, that request is also **DENIED**. Plaintiff's filing contains no new allegations that would entitle him to relief.